CUDD *v.* MATHERS, JUDGE, NINTH JUDICIAL CIRCUIT OF ILLINOIS.

No. 520. Decided January 19, 1959.

*Charles S. Rhyne* for appellant.

*Latham Castle,* Attorney General of Illinois, and *Raymond S. Sarnow,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

LANCASTER SECURITY INVESTMENT CORP. *v.* KESSLER ET AL.

No. 521. Decided January 19, 1959.

*Morris Lavine* for appellant.

*Gilbert E. Harris* for Kessler et al., appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.